Sanjeev **MALHOTRA**, Plaintiff—Appellant,

v.

**WATERGATE AT LANDMARK (WAL) CONDOMINIUM ASSOCIATION, WAL Board of Directors and/or its assignees, Defendant—Appellee.**

No. 07–1501.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 12, 2007.

Decided: Oct. 23, 2007.

Sanjeev Malhotra, Appellant Pro Se. Michael Curtis Gartner, Whiteford, Taylor & Preston, LLP, Falls Church, Virginia, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sanjeev Malhotra appeals the district court's orders denying his motions to reopen and for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Malhotra v. Watergate at Landmark Condo. Assoc.,* No. 1:05–cv–00076–LMB (E.D. Va. Apr. 4 & 6, 2007). We deny Appellee's motion for

sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*